UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Mary Maxwell

        v.                                        Case No. 19-cv-1208-JD

Federal Bureau of Investigation, et al.



ORDER


    No objection having been filed, I herewith approve the

Report and Recommendation of Magistrate Judge Andrea K.

Johnstone dated December 10, 2019 .  "'[O]nly those issues

fairly raised by the objections to the magistrate's report are

subject to review in the district court and those not preserved

by such objection are precluded on appeal.'"  School Union No.

37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)

(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d

271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will

waive the right to appeal).


                                    /s/ Joseph A. DiClerico, Jr.
                                    Joseph A. DiClerico, Jr
                                    United States District Judge

Date: December 26, 2019


cc:  Mary Maxwell, pro se